THOMAS M. TYNG, Appellant, v. THE UNITED STATES SUBMARINE AND TORPEDO BOAT COMPANY, Respondent.

*Motion for reargument — denied.*

This case was decided at the March term, the opinion being delivered by DANIELS, J., and reported *ante,* at page 161. At this term, a motion for a reargument was made substantially for the reason that the patents procured by the plaintiff were delivered to the defendant, and that this action for the money paid by the plaintiff in procuring them may be sustained, even though they were not procured under its employment, or the money paid at its request. The referee found that the patents never were delivered to the company. And the court, upon a review of the evidence, *held,* that it was not sufficient to authorize them to reverse this finding. For this reason, and because it appeared from the plaintiff's own testimony that the

defendant was only to pay as soon as any money was received in the treasury, and that no money ever was received, the motion for a reargument was denied.

*H. E. Davies, Jr.*, for the motion.

———— ————, opposed.

Opinion by DANIELS, J.

DAVIS, P. J., concurred.

Motion denied, with costs.